IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

IN RE: )
) Chapter 13 Proceeding
LARRY JUSTIN WILLIAMS ) Case No.3:15-09163
SS#: XXX-XX-8479 ) Marian Harrison, Judge
126 Parkers Chapel Road )
Portland, TN 37148 )
SS#: XXX-XX-3867 )
)
Debtor. )

## AMENDED ORDER GRANTING MOTION FOR SUSPENSION
## OF CHAPTER 13 PLAN PAYMENTS

Upon the Debtor's Motion for Suspension of Chapter 13 Plan Payments and Notice Thereon having been filed with the Clerk of this Court, and copies of same having been served on all creditors and parties-in-interest on April 20, 2016; there having been no objections to the Motion filed with the Clerk within twenty-one (21) days of said Notice pursuant to LBR 9013; and upon the entire record herein, the Court hereby finds that said Motion is well taken and is, therefore, **GRANTED**.

Accordingly, the following is so **ORDERED**:

1) The Debtors shall be granted a Sixty (60) day suspension of his plan payments for the months of May and June 2016.

2) This suspension shall have no effect on any secured or unsecured creditors, except for a slight delay in receipt of payment. The dividend to the unsecured creditors shall remain at Twenty (20%) Percent.

3) This modification shall increase the Debtors' plan payments, from $334.25 per week by payroll deduction to $341.00 per week by payroll deduction. The plan shall complete within sixty (60) months as prescribed by law.

4) A new base shall be established in the amount of $85,000.00. All future income tax refunds shall be remitted into the Debtor's plan.

5) All funds received by the Chapter 13 Trustee during the suspension period shall be refunded to the Debtor.

6) If the Debtor has not already attended the Chapter 13 Trustee's suspension workshop, then they shall be required to do so within sixty (60) days of the entry of an Order granting this suspension.

7) Should the Debtor default in any future plan payment, then this case shall be dismissed automatically upon the filing of a Notice of Non-Compliance by the Chapter 13 Trustee.

8) All other provisions of the Debtor's confirmed plan, not modified herein or by prior Order of this Court, shall remain the same and in effect.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

APPROVED FOR ENTRY:

KERNEY LAW OFFICE

/S/ CHRISTOPHER M. KERNEY
Christopher M. Kerney, No. 020819
Attorney for Debtor
102A Public Square
Gallatin, Tennessee 37066
Phone: (615) 206-9900
Fax: (615) 451-0084
Email: chris@kerneylaw.com