IN RE:

LARRY JUSTIN WILLIAMS
126 PARKERS CHAPEL RD
PORTLAND, TN 37148

Case No.**15-09163-MH3-13**

JUDGE MARIAN F HARRISON

SSN XXX-XX-8479

**TRUSTEE'S NOTICE OF INTENT TO PAY CLAIMS**

Comes now the standing Chapter 13 Trustee who hereby serves notice that the following claims have been examined. The deadline for filing non government claims in this case was **05/09/2016**. The deadline for filing claims by governmental units was **06/27/2016**. After such examination the Trustee states that claims should be deemed allowed, or 'not filed' as indicated below:

| NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PRESTIGE FINANCIAL SERVICES<br>P O BOX 26707<br>SALT LAKE CITY, UT 84126 | **$0.00**<br>DATE FILED: 12/31/2015 | 910 AUTOMOBILE LOAN (W)<br>Disb level: 0<br>SURRENDERED<br>ACCT: **7688**<br>COMM: 12 DODGE AVENGER |
| | TRUSTEE'S CLAIM NO: 1<br>PERCENT ALLOWED: **.00 %** | COURT'S CLAIM# 1 |
| DITECH FINANCIAL LLC<br>P O BOX 0049<br>PALATINE, IL 60055 | **$663.63**<br>DATE FILED: 05/09/2016 | MTG-ON GOING MTG PYMT (D)<br>Disb level: 22<br><br>ACCT: **6007**<br>COMM: MTG CONT-126 PARKERS CHAPEL RD |
| | TRUSTEE'S CLAIM NO: 2<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 19 |
| DITECH FINANCIAL LLC<br>P O BOX 0049<br>PALATINE, IL 60055 | **$6,506.50**<br>DATE FILED: 05/09/2016 | MTG-PRE-PETITION ARREARS (E)<br>Disb level: 23<br><br>ACCT: **6007**<br>COMM: MTG ARREARS/126 PARKERS CHAPEL RD |
| | TRUSTEE'S CLAIM NO: 3<br>PERCENT ALLOWED: **100.00 %** | COURT'S CLAIM# 19 |

DITECH FINANCIAL
345 ST PETER ST
1400 LANDMARK TOWERS
ST PAUL, MN  55102

**$0.00**
DATE FILED: 01/08/2016

NOTICE ONLY (N)
Disb level: 0

ACCT:

COMM:

TRUSTEE'S CLAIM NO: 4          COURT'S CLAIM#
PERCENT ALLOWED: **.00 %**

---

INSOLVE AUTO FUNDING
CAPITAL RECOVERY GROUP
DEPT 3403 P O BOX 123403
DALLAS, TX  75312

**$12,478.22**
DATE FILED: 04/05/2016

AUTOMOBILE LOAN (V)
Disb level: 21

ACCT: **8700**

COMM: 2013 TOYOTA COROLLA /E/

TRUSTEE'S CLAIM NO: 5          COURT'S CLAIM# 9
PERCENT ALLOWED: **100.00 % + 22.00%**

---

PRESTIGE FINANCIAL SVCS
1420 S 500 W
SALT LAKE CITY, UT  84115

**$0.00**
DATE FILED: 01/08/2016

NOTICE ONLY (N)
Disb level: 0

ACCT:

COMM:

TRUSTEE'S CLAIM NO: 6          COURT'S CLAIM#
PERCENT ALLOWED: **.00 %**

---

TOYOTA MOTOR CREDIT CORP
P O BOX 9490
CEDAR RAPIDS, IA  52409

**$0.00**
DATE FILED: 01/07/2016

910 AUTOMOBILE LOAN (W)
Disb level: 0
SURRENDERED
ACCT: **1125**
COMM: 14 TOYOTA TUNDRA - RELIEF
GRANTED

TRUSTEE'S CLAIM NO: 7          COURT'S CLAIM# 2
PERCENT ALLOWED: **.00 %**

---

TOYOTA FINANCIAL
2484 VILLAGE VIEW DR STE 20
HENDERSON, NV  89074

**$0.00**
DATE FILED: 01/08/2016

NOTICE ONLY (N)
Disb level: 0

ACCT:

COMM:

TRUSTEE'S CLAIM NO: 8          COURT'S CLAIM#
PERCENT ALLOWED: **.00 %**

DITECH FINANCIAL LLC
P O BOX 0049
PALATINE, IL 60055

**$1,978.13**
DATE FILED: 05/09/2016

MTG-GAP PYMTS (POST PET/PRE
Disb level: 23

ACCT: **6007**
COMM: JAN-MARCH 126 PARKERS
CHAPEL RD

TRUSTEE'S CLAIM NO: 9
PERCENT ALLOWED: **100.00 %**

COURT'S CLAIM# 19

---

3D FINANCIAL
101 REED ST
PORTLAND, TN 37148

**$355.00**
DATE FILED: 05/09/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **8479**
COMM: 3D FINANCIAL PORTLAND

TRUSTEE'S CLAIM NO: 10
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM# 20

---

ADVANCE AMERICA
108 W KNIGHT ST
PORTLAND, TN 37148

**$0.00**
DATE FILED: 01/08/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **6124**
COMM:

TRUSTEE'S CLAIM NO: 11
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM#

---

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

**$0.00**
DATE FILED: 01/08/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **7013**
COMM:

TRUSTEE'S CLAIM NO: 12
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM#

---

CERASTES LLC
WEINSTEIN AND RILEY PS
P O BOX 3978
SEATTLE, WA 98124

**$2,097.92**
DATE FILED: 04/25/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **9714**
COMM: BARCLAYS BANK

TRUSTEE'S CLAIM NO: 13
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM# 16

BLUEGRASS CASH ADVANCE        **$0.00**       UNSECURED CREDITOR (H)
507 N MAIN ST
FRANKLIN, KY  42134     DATE FILED: 01/08/2016     Disb level: 41

    ACCT:
    COMM:

    TRUSTEE'S CLAIM NO: 14     COURT'S CLAIM#
    PERCENT ALLOWED: **20.00 %**

---

CAPITAL ONE BANK USA NA     **$679.61**     UNSECURED CREDITOR (H)
BY AMERICAN INFOSOURCE AS AGENT   DATE FILED: 01/16/2016   Disb level: 41
P O BOX 71083
CHARLOTTE, NC  28272

    ACCT: **4240**
    COMM: CREDIT CARD

    TRUSTEE'S CLAIM NO: 15     COURT'S CLAIM# 3
    PERCENT ALLOWED: **20.00 %**

---

CASH EXPRESS     **$668.50**     UNSECURED CREDITOR (H)
263 W SPRING ST
COOKEVILLE, TN  38501     DATE FILED: 02/29/2016     Disb level: 41

    ACCT: **8479**
    COMM:

    TRUSTEE'S CLAIM NO: 16     COURT'S CLAIM# 4
    PERCENT ALLOWED: **20.00 %**

---

CASH N DASH     **$352.94**     UNSECURED CREDITOR (H)
457 N BROADWAY
PORTLAND, TN 37148     DATE FILED: 04/01/2016     Disb level: 41

    ACCT: **0671**
    COMM: TITLE CASH

    TRUSTEE'S CLAIM NO: 17     COURT'S CLAIM# 8
    PERCENT ALLOWED: **20.00 %**

---

COMCAST CABLE     **$0.00**     UNSECURED CREDITOR (H)
2714 NASHVILLE RD
STE B     DATE FILED: 01/08/2016     Disb level: 41
FRANKLIN, KY  42134

    ACCT: **9050**
    COMM: CABLE BILL

    TRUSTEE'S CLAIM NO: 18     COURT'S CLAIM#
    PERCENT ALLOWED: **20.00 %**

COVINGTON CREDIT
SOUTHERN MANAGEMENT CORPORATION
P O BOX 1947
GREENVILLE, SC  29602

**$549.35**

DATE FILED: 04/13/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **8543**
COMM: TN0041

TRUSTEE'S CLAIM NO: 19
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM# 10

---

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING LLC
P O BOX 2011
WARREN, MI  48090

**$978.00**

DATE FILED: 03/17/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **7242**
COMM: CREDIT ONE BANK NA

TRUSTEE'S CLAIM NO: 20
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM# 5

---

HENDERSONVILLE MEDICAL CTR
355 NEW SHACKLE ISLAND RD
HENDERSONVILLE, TN  37075

**$0.00**

DATE FILED: 01/08/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **2108**
COMM: MEDICAL

TRUSTEE'S CLAIM NO: 21
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM#

---

JENNIFER RAE WILLIAMS
990 HWY 52 BYPASS E APT 12
LAFAYETTE, TN  37083

**$0.00**

DATE FILED: 01/08/2016

NOTICE ONLY (N)
Disb level: 0

ACCT:
COMM:

TRUSTEE'S CLAIM NO: 22
PERCENT ALLOWED: **.00 %**

COURT'S CLAIM#

---

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING LLC
P O BOX 2011
WARREN, MI  48090

**$900.93**

DATE FILED: 03/17/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **4564**
COMM: SYNCHRONY BANK/WALMART

TRUSTEE'S CLAIM NO: 23
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM# 6

U S TOBACCO EMPL CREDIT UNION
800 HARRISON STREET
NASHVILLE, TN  37203

**$0.00**

DATE FILED: 01/08/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **4009**
COMM:

TRUSTEE'S CLAIM NO: 24
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM#

---

VERIZON WIRELESS
500 TECHNOLOGY DR STE 550
ST CHARLES, MO  63304

**$0.00**

DATE FILED: 01/08/2016

UNSECURED CREDITOR (H)
Disb level: 41

ACCT: **7536**
COMM:

TRUSTEE'S CLAIM NO: 25
PERCENT ALLOWED: **20.00 %**

COURT'S CLAIM#

---

SPRINT
P O BOX 660075
DALLAS, TX  75266

**$0.00**

DATE FILED: 01/08/2016

COSTED - LEASE PYMT/POST PET
Disb level: 0
PAID OUTSIDE
ACCT:
COMM: CELL PHONE

TRUSTEE'S CLAIM NO: 26
PERCENT ALLOWED: **.00 %**

COURT'S CLAIM#

---

JENNIFER WILLIAMS
NO ADDRESS GIVEN
,  00000

**$0.00**

DATE FILED: 01/08/2016

NOTICE ONLY (N)
Disb level: 0

ACCT:
COMM: COSIGNER

TRUSTEE'S CLAIM NO: 27
PERCENT ALLOWED: **.00 %**

COURT'S CLAIM#

---

1305 CLAIM
NO ADDRESS GIVEN
,  00000

**$0.00**

DATE FILED: 01/08/2016

UNSECURED - 1305 (O)
Disb level: 42

ACCT:
COMM:

TRUSTEE'S CLAIM NO: 28
PERCENT ALLOWED: **100.00 %**

COURT'S CLAIM#

MIDLAND CREDIT MANAGEMENT      **$417.78**      UNSECURED CREDITOR (H)
AS AGENT FOR MIDLAND FUNDING LLC
P O BOX 2011
WARREN, MI 48090

DATE FILED: 03/17/2016

Disb level: 41

ACCT: **0014**

COMM: SYNCHRONY BANK/CAR CARE ONE

TRUSTEE'S CLAIM NO: 29      COURT'S CLAIM# 7
PERCENT ALLOWED: **20.00 %**

---

HENDERSONVILLE MEDICAL CENTER      **$75.00**      UNSECURED CREDITOR (H)
RESURGENT CAPITAL SERVICES
P O BOX 1927
GREENVILLE, SC 29602

DATE FILED: 04/21/2016

Disb level: 41

ACCT: **9433**

COMM: MEDICAL

TRUSTEE'S CLAIM NO: 30      COURT'S CLAIM# 11
PERCENT ALLOWED: **20.00 %**

---

HENDERSONVILLE MEDICAL CENTER      **$1,782.72**      UNSECURED CREDITOR (H)
RESURGENT CAPITAL SERVICES
P O BOX 1927
GREENVILLE, SC 29602

DATE FILED: 04/21/2016

Disb level: 41

ACCT: **2108**

COMM: MEDICAL

TRUSTEE'S CLAIM NO: 31      COURT'S CLAIM# 12
PERCENT ALLOWED: **20.00 %**

---

SUMNER REGIONAL MEDICAL CENTER      **$159.39**      UNSECURED CREDITOR (H)
RESURGENT CAPITAL SERVICES
P O BOX 1927
GREENVILLE, SC 29602

DATE FILED: 04/21/2016

Disb level: 41

ACCT: **4731**

COMM: MEDICAL

TRUSTEE'S CLAIM NO: 32      COURT'S CLAIM# 13
PERCENT ALLOWED: **20.00 %**

---

SUMNER REGIONAL MEDICAL CENTER      **$909.97**      UNSECURED CREDITOR (H)
RESURGENT CAPITAL SERVICES
P O BOX 1927
GREENVILLE, SC 29602

DATE FILED: 04/21/2016

Disb level: 41

ACCT: **6454**

COMM: MEDICAL

TRUSTEE'S CLAIM NO: 33      COURT'S CLAIM# 14
PERCENT ALLOWED: **20.00 %**

CHECK INTO CASH                **$411.76**         UNSECURED CREDITOR (H)
ATTN COLLECTIONS        DATE FILED: 04/22/2016      Disb level: 41
P O BOX 550
CLEVELAND, TN  37364

ACCT: **8479**

COMM:

TRUSTEE'S CLAIM NO: 34      COURT'S CLAIM# 15
PERCENT ALLOWED: **20.00 %**

---

ASHLEY FUNDING SERVICES LLC     **$1,542.00**      UNSECURED CREDITOR (H)
RESURGENT CAPITAL SERVICES    DATE FILED: 04/27/2016     Disb level: 41
P O BOX 10587
GREENVILLE, SC  29603

ACCT: **1083**

COMM: OLD HICKORY LANE  ER PHYS

TRUSTEE'S CLAIM NO: 35      COURT'S CLAIM# 17
PERCENT ALLOWED: **20.00 %**

---

REGIONS BANK              **$750.25**         UNSECURED CREDITOR (H)
P O BOX 11407         DATE FILED: 05/04/2016     Disb level: 41
BIRMINGHAM, AL  35246

ACCT: **4574**

COMM: CHECKING ACCOUNT

TRUSTEE'S CLAIM NO: 36      COURT'S CLAIM# 18
PERCENT ALLOWED: **20.00 %**

---

TOTAL                                       $37,947.97

The Trustee proposes to pay on such claims unless such claims are disallowed.

Accordingly, the Trustee notifies the court and the debtor that those claims which have been filed be deemed allowed for the purpose of distribution pursuant to the confirmed plan.

| 07/25/2016 | JRH |
|---|---|
| DATE | INITIALS |

/s/ Henry E. Hildebrand, III
HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 340019
NASHVILLE, TN  37203
PHONE: 615-244-1101
FAX: 615-242-3241
pleadings@ch13nsh.com

cc:HENRY E. HILDEBRAND, III

    LARRY JUSTIN WILLIAMS
    126 PARKERS CHAPEL RD
    PORTLAND, TN  37148

CHRISTOPHER M KERNEY
102 A PUBLIC SQUARE
GALLATIN, TN  37066